UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01430-JPH-MPB |
| | ) |
| CHIAPPA FIREARMS, USA, LTD a Domestic For-Profit Corporation, CHIAPPA FIREARMS, S.R.I. an Italian Corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER ON JURISDICTION**

Plaintiff Jacob Patterson has filed a complaint alleging diversity jurisdiction over this matter. Dkt. 1. For the Court to have diversity jurisdiction, the amount in controversy must exceed $75,000, exclusive of interest and costs, and the litigation must be between citizens of different states. 28 U.S.C. § 1332(a). The citizenship of an individual is not based on where the individual resides, but on where the individual is a citizen. *Hunter v. Amin*, 583 F.3d 486, 491 (7th Cir. 2009).

Here, Plaintiff's complaint only states where Plaintiff resides. Dkt. 1 at 1. A federal court always has the responsibility to ensure it has jurisdiction. *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009). The Court's obligation includes knowing the details of the underlying jurisdictional allegations. *See Evergreen Square of Cudahy v. Wis. Hous. and Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015).

Therefore, the Court **ORDERS** Plaintiff to file a jurisdictional statement **by June 24, 2020**, addressing the issue identified in this order.

**SO ORDERED.**

Date: 5/22/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kevin C. Schiferl
FROST BROWN TODD LLC (Indianapolis)
kschiferl@fbtlaw.com

Michael Lynn Walker
GENET WALKER
mike@genetwalker.com