**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JACOB PATTERSON, | ) Case No. 1:20-cv-01430-JPH-MG |
| Plaintiff, | ) |
| v. | ) |
| CHIAPPA FIREARMS, USA, LTD, a Domestic For-Profit Corporation, | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled matter, by the undersigned, hereby stipulate that said action shall be dismissed, with prejudice, the parties to bear their own costs.

Respectfully submitted,

NICOLETTI WALKER TRIAL FIRM

By: */s/ Michael L. Walker*
Michael L. Walker
NICOLETTI WALKER TRIAL FIRM
4447 Central Avenue
St. Petersburg, FL  33713
mwalker@nwtrialfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Adam S. Ira*
Kevin C. Schiferl, #14138-49
Adam S. Ira, #32017-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
kschiferl@fbtlaw.com
aira@fbtlaw.com

*Attorneys for Defendant Chiappa Firearms, USA, Ltd.*